# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BERKLEY REGIONAL INSURANCE COMPANY**                                   **PLAINTIFF**

v.                    CASE NO. 2:20-CV-00088-BSM

**BUHLER, INC.**                                                         **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc No. 15] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED, this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE