IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BERKLEY REGIONAL INSURANCE COMPANY**                                                    **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00088-BSM**

**BUHLER, INC.**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE